# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ITEX DEVELOPMENT, LLC**  **PLAINTIFF**

v.  No. 4:22-cv-109-DPM

**LITTLE ROCK HOUSING AUTHORITY**  **DEFENDANT**

### ORDER

Supplemental and joint report of discovery dispute noted. An in-person hearing would be useful to sort the parties' disagreements. My schedule is full for the next few weeks and this matter needs attention now. Magistrate Judge Beth Deere is willing to swing in. I therefore refer *Doc. 16* to Magistrate Judge Deere to hold a prompt hearing and resolve all the current discovery issues. And I appreciate her help.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 October 2023