IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ITEX DEVELOPMENT, LLC**

      **Plaintiff,**

v.                                             Case No.: 4:22-cv-109-DPM

**LITTLE ROCK HOUSING AUTHORITY
D/B/A METROPOLITAN HOUSING ALLIANCE**

      **Defendant.**

## ORDER ON DISCOVERY DISPUTE

On November 7, 2023, this Court held a hearing concerning the discovery disputes regarding Defendant's responses to Interrogatories and Requests for Production of Documents. Following that hearing this Court entered an order for Defendant to provide supplemental responses to discovery no later than December 1, 2023, to review and winnow non-responsive documents that have been produced, and to provide opportunity for Plaintiff to inspect and copy Defendant's relevant files.

On December 15, 2023, this Court held a hearing on the status of and compliance with this Court's November 7 Order and asked Defendant to have a client representative present at the hearing. At the December 15 hearing, John Baker and Audra Hamilton appeared on behalf of Plaintiff, Sylvester Smith appeared on behalf of Defendant, and Little Rock City Attorney Thomas Carpenter attended as well. The City of Little Rock has the authority over the appointment and removal of Commissioners for Defendant

Little Rock Housing Authority d/b/a Metropolitan Housing Alliance ("Defendant" or "MHA"). No representative of MHA was in attendance.

At the hearing, Mr. Smith conceded that Defendant had not complied with the November 7 Order. In fact, Defendant has not provided any discovery responses to Plaintiff since the November 7 hearing.

City Attorney Carpenter and Mr. Sylvester revealed ongoing disputes between former MHA Commissioners Leta Anthony and Lee Lindsey and the City of Little Rock that contributed to the non-compliance with the November 7 Order. Specifically, former Commissioners Anthony and Lindsey were removed from the MHA Board by the City of Little Rock and have since brought a lawsuit against the City of Little Rock claiming their removal was improper. Counsel for Defendant MHA, Mr. Smith, is representing Ms. Anthony and Ms. Lindsey in that lawsuit against the City of Little Rock. Because of that lawsuit and potential conflict of interest, Mr. Carpenter has directed MHA staff to limit communications with Mr. Smith. Mr. Carpenter and Mr. Smith further revealed that Mr. Smith's continued representation of MHA in this case is expected to be on the agenda at a meeting of the MHA Board of Commissioners scheduled for December 21, 2023. These recent developments do not change the fact that Defendant has failed to respond to Plaintiff's outstanding discovery requests for almost eight months through no fault of the Plaintiff's.

Therefore, the Court orders the following:

1. Defendant MHA must file a report by noon on December 22, 2023, stating whether Mr. Smith is still counsel of record for MHA in this case. The

2

report must be signed by hand by a majority of the board members of MHA.

2. Regardless of who is representing MHA in this case from December 22, 2023 forward, MHA must designate in its December 22 report the MHA representative or representatives who will be responsible for complying with this Court's November 7, 2023 Order and other discovery obligations. The representative or representatives must be current MHA Commissioners or employees.

This Court will schedule a follow-up hearing after MHA files its report on December 22, 2023.

SO ORDERED, this 20th day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

*Prepared by:*

John Keeling Baker (AR Bar 97024)
Audra Hamilton (AR Bar 96202)
Devin R. Bates  (AR Bar 2016184)
**MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.**
425 W. Capitol Ave., Suite 1800
Little Rock, AR  72201
Telephone:  (501) 688-8800
jbaker@mwlaw.com
ahamilton@mwlaw.com
dbates@mwlaw.com

*Attorneys for Plaintiff*