IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ITEX DEVELOPMENT, LLC**                                                      **PLAINTIFF**

v.                               No. 4:22-cv-109-DPM

**LITTLE ROCK HOUSING AUTHORITY**                              **DEFENDANT**

### ORDER

    Magistrate Judge Deere has recused.  *Doc. 31.*  I therefore refer the ongoing discovery disputes to Magistrate Judge Thomas Ray to conduct whatever proceedings are necessary to resolve all current discovery issues.  And I appreciate his help.

    So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 January 2024