IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ITEX DEVELOPMENT, LLC**

      **Plaintiff,**

v.                                                                      Case No.: 4:22-cv-109-DPM

**LITTLE ROCK HOUSING AUTHORITY**
**D/B/A METROPOLITAN HOUSING ALLIANCE**

      **Defendant.**

## BRIEF IN SUPPORT OF MOTION TO WITHDRAW

Counsel respectfully requests leave to withdraw in the instant action. As the Court has outlined in its recent order (Document 35) this case is made complicated by matters outside of the undersigned counsel's control such as investigations into the actions of counsel's clients.

Additionally, it has been stated on the record that the Defendant in this action has other counsel, specifically, the Little Rock City Attorney. It has also been stated on the record that unbeknownst to the undersigned counsel, his clients were advised by the Little Rock City Attorney's Office not to communicate with him. That directive has limited the undersigned and his ability to manage this litigation during the period raised in the Court's Order.

Due to factors beyond the undersigned's control his continued representation of the Defendant in this action is untenable. Counsel has a duty of confidentially he owes to his clients; that prohibit him from going into detail about each of these factors.  Additionally, the Defendant's agents have stated that they may not have sufficient funds to compensate counsel for his continued representation.

Counsel for the Defendant owns a small law firm and is financially unable to represent the Defendant in a matter such as the  instant action without assurances that he will be compensated

1

for his work. Furthermore, the Court in the instant action issued an Order in which it shared its belief that the undersigned should withdraw for other and additional reasons.  The Defendant will not be prejudiced by the withdrawal, because it has the Little Rock City Attorney's Office that is able to represent it in this matter.

The Little Rock City Attorney's Office has already taken over some of the undersigned duties in regard to the instant action. The undersigned has no unearned fees regarding this matter, and stands ready and willing to turn over all files and assist new counsel in a transition of responsibilities.

**AUTHORITY**

A. **Attorney withdrawal**

An attorney shall not represent a client if the representation involves a current conflict of interest. Ark. R. Prof. Cond. 1.7 (a). That conflict can extend to one between the attorney and the client. *Id.* at (a)(2).

A lawyer shall withdraw from a matter if the representation shall violate the rules of proffessional conduct. Ark. R. Prof. Cond. 1.16(a)(1). The lawyer may withdraw if continued representation will result in an unreasonable financial burden.  *Id.* at (b)(6).

The facts set forth above demonstrate a conflict between the undersigned counsel and his client in this action. Additionally, counsel will be significantly financially challenged if he is ordered to continue working on this action without being compensated.

BY:    /s/ Sylvester L. Smith
Sylvester L. Smith
ABN 2013146
The Firm, PLLC
4137 JFK BLVD, STE D
North Little Rock, Arkansas 72116
T: (501) 429-4885

F: (501) 429-4886

*ATTORNEY FOR THE PLAINTIFF*