IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ITEX DEVELOPMENT, LLC                                                 PLAINTIFF

v.                          No. 4:22-cv-109-DPM

LITTLE ROCK HOUSING AUTHORITY                        DEFENDANT

## ORDER

The motion to withdraw, *Doc. 38*, is granted for good cause. Smith has a conflict of interest in continuing to represent the Little Rock Housing Authority. In the circumstances, the Court directs the Authority to engage new counsel as soon as possible. And new counsel must appear forthwith. The Court also directs Smith to provide his case file to new counsel, and file a notice certifying that he has done so, as soon as possible.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 January 2024