IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ITEX DEVELOPMENT, LLC                                              PLAINTIFF

v.                           No. 4:22-cv-109-DPM

LITTLE ROCK HOUSING AUTHORITY                          DEFENDANT

ORDER

Sylvester Smith's notice is overdue. *Doc. 39.* Please file it. The Court directs the Clerk to mail and email a copy of this Order to Smith. So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 February 2024