IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ITEX DEVELOPMENT, LLC**                                                              **PLAINTIFF**

v.                               No. 4:22-cv-109-DPM

**LITTLE ROCK HOUSING AUTHORITY,**
d/b/a Metropolitan Housing Alliance                          **DEFENDANT**

### ORDER

    The Court held a productive status conference with counsel today. In anticipation of the planned late January closing of the Housing Authority's new financing arrangement, the Court takes the following steps. The stay is lifted. The case is restored to the active docket. A Second Amended Final Scheduling Order will issue. The parties will have approximately nine months for discovery. No further periodic status reports need be filed given the case's return to active status. The case is also referred to the Honorable J. Thomas Ray to hold an early-season settlement conference at his convenience in March or April 2026.

    So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 December 2025